IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:11CR50020-001 |
| | ) | |
| MARK KRAUSE | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss Without Prejudice Count 11 of the Superseding Indictment and Count 1 of the original Indictment, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same motion should be granted.

NOW THEREFORE, it is ordered that Count 11 of the Superseding Indictment and the original Indictment be on the same day hereby dismissed without prejudice.

Entered on this 9th day of March, 2011.

JIMM LARRY HENDREN
CHIEF UNITED STATES DISTRICT JUDGE